UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CLARK,

              Plaintiff,

-v-

NYC DOC Commissioner Cynthia Brann; Patsy Yang Health Director Commissioner; Margaret Egan Board of Correction Executive Director,

              Defendants.

CIVIL ACTION NO.: 20 Civ. 9419 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

An initial case management conference was scheduled for today, August 3, 2021, on the Court's conference line. (ECF No. 25). Shortly before the conference, Defendants' counsel contacted Chambers to notify the Court that, according to DOC personnel, Plaintiff pro se James Clark refused to participate in the conference.

Accordingly, by **Tuesday, August 24, 2021**, Mr. Clark shall advise the Court whether he wishes to proceed with this lawsuit, which will require complying with Court orders and appearing at conferences scheduled by the Court (or requesting adjournments or extensions of deadlines that pose hardships). **If Mr. Clark fails to respond to this Order, or advises that he does not wish to proceed, the Court will enter an order recommending that this action be dismissed without prejudice for failure to prosecute**. See Fed. R. Civ. P. 41(b).

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Clark at the below address.

Dated: New York, New York
August 3, 2021

SO ORDERED.

_Sarah L. Cave_ (signature)

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:   James Clark
Book and Case No. 1411709283
Vernon C. Bain Center (VCBC)
1 Halleck Street
Bronx, New York 10474