UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CLARK,<br><br>                              Plaintiff,<br><br>         -v-<br><br>NYC DOC Commissioner Cynthia Brann; Patsy Yang Health Director Commissioner; Margaret Egan Board of Correction Executive Director,<br><br>                              Defendants. | CIVIL ACTION NO.: 20 Civ. 9419 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Initial Conference held today, October 13, 2021, fact discovery in this case will proceed as follows:

By **Friday, November 12, 2021**, Defendants shall produce to Plaintiff pro se James Clark (the "Initial Production") the approximately "570 pages of records relevant to [the Department of Correction's ("DOC")] and [NYC Health + Hospitals/Correctional Health Services ("CHS")] efforts to minimize the transmission of COVID-19 in DOC's facilities including [the Vernon C. Bain Center ("VCBC")][.]" Lee v. City of New York, 20 Civ. 8407 (GBD) (SDA), ECF No. 60.

By **Thursday, December 23, 2021**, Mr. Clark shall request from Defendants, in conformity with Federal Rule of Civil Procedure 34(b)(1), any additional documents.

The Court will hold a Telephone Conference on **January 4, 2022 at 3:00 pm** on the Court's conference line (the "Discovery Conference"). The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time. The parties should be prepared to discuss at the Discovery Conference any remaining fact discovery, and next steps in this action. To the

extent reasonably practicable, the parties should attempt to meet and confer by telephone at least once in advance of the Discovery Conference.

It is hereby **ORDERED** that the Warden or other official in charge of the VCBC produce plaintiff James Clark, Book & Case no. 1411709283 on January 4, 2022, no later than 2:45 p.m. (15 min. in advance), to a suitable location within VCBC, or elsewhere within the Department of Correction ("DOC") that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that defendants' counsel must: (1) transmit this order to the Warden immediately and (2) contact VCBC to arrange the telephone call.

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Clark at the below address.

Dated:   New York, New York
         October 13, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:   James Clark
           Book and Case No. 1411709283
           Vernon C. Bain Center (VCBC)
           1 Halleck Street
           Bronx, New York 10474