UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CLARK,

                Plaintiff,

-v-

NYC DOC Commissioner Cynthia Brann; Patsy Yang Health Director Commissioner; Margaret Egan Board of Correction Executive Director,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9419 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Discovery Status Conference held today, January 4, 2022, the Court ordered as follows:

Defendants have reported that they have produced to Plaintiff James Clark approximately 1,000 pages of documents produced in the actions severed from Mr. Clark's lawsuit (the "Severed Actions"). See Lee v. Dep't of Corr., No. 20 Civ. 8407 (GBD) (SDA), 2020 WL 6565142 (S.D.N.Y. Nov. 9, 2020). Mr. Clark shall continue his review of these documents.

By **Tuesday, January 25, 2022**, Defendants shall produce to Mr. Clark transcripts of any depositions of Defendants or City employees taken in the Severed Actions.

By **Friday, January 28, 2022**, Mr. Clark shall request from Defendants, in conformity with Federal Rule of Civil Procedure 34(b)(1), any additional documents.

The Court will hold a Telephone Discovery Status Conference on **Monday, February 14, 2022 at 3:00 pm** on the Court's conference line (the "Discovery Conference"). The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time. The parties should

be prepared to discuss at the Discovery Conference any remaining fact discovery, and next steps in this action.

It is hereby **ORDERED** that the Warden or other official in charge of the VCBC produce plaintiff James Clark, Book & Case no. 1411709283 on **Monday, February 14, 2022, no later than 2:45 p.m. (15 min. in advance)**, to a suitable location within VCBC, or elsewhere within the Department of Correction ("DOC") that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that defendants' counsel must: (1) transmit this order to the Warden immediately and (2) contact VCBC to arrange the telephone call.

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Clark at the below address.

Dated:   New York, New York
         January 4, 2022

                                                        SO ORDERED.

                                                        _____
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**

Mail To:   James Clark
           Book and Case No. 1411709283
           Vernon C. Bain Center (VCBC)
           1 Halleck Street
           Bronx, New York 10474