UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CLARK,

                              Plaintiff,

        -v-

                                                  CIVIL ACTION NO.: 20 Civ. 9419 (PGG) (SLC)

                                                  **ORDER**

NYC DOC Commissioner Cynthia Brann; Patsy
Yang Health Director Commissioner; Margaret
Egan Board of Correction Executive Director,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request to adjourn the Settlement Conference (the "Conference") scheduled for Friday, June 24, 2022 at 2:00 p.m. (ECF No. 36) is GRANTED, and the Conference is ADJOURNED to **Wednesday, September 7, 2022 at 2:00 p.m.** and will take place by telephone. The parties are directed to call the Court's conference line at 866-390-1828; access code: 380-9799, at the scheduled time.  All other terms of the original scheduling order remain in effect. (Id.)

It is hereby **ORDERED** that the Warden or other official in charge of the Vernon C. Bain Center ("VCBC") produce Plaintiff James Clark, Book & Case no. 1411709283 on August  29, 2022, no later than 9:45 a.m. (15 min. in advance), to a suitable location within VCBC, or elsewhere within the Department of Correction ("DOC") that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further ORDERED that Defendants' counsel must: (1) transmit this Order to the Warden immediately and (2) contact VCBC to arrange the telephone call.

The Clerk of Court is respectfully directed to: (i) set this conference as a settlement conference even though it will take place by telephone; (ii) close ECF No. 36; and (ii) mail a copy of this Order to Mr. Clark at the address below.

Dated:  New York, New York    SO ORDERED.
    June 22, 2022

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:  James Clark
    Inmate No. 1411709283
    Vernon C. Bain Center
    1 Halleck Street
    Bronx, New York 10474