UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CLARK,

                              Plaintiff,

        -v-

CYNTHIA BRANN, N.Y.C. Department of
Corrections Commissioner; PATSY YANG, Health
Director Commissioner; MARGARET EGAN,
Board of Corr. Executive Director,

                              Defendants.

CIVIL ACTION NO.: 20 Civ. 9419 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

        Due to a change in the Court's technical capabilities, the Settlement Conference scheduled for **Wednesday, September 7, 2022 at 2:00 p.m.**, will proceed as follows:

1. The parties shall initially call the Court's conference line (the "ATT Conference Line"). The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time.

2. Thereafter, pro se Plaintiff James Clark ("Mr. Clark") shall remain on the ATT Conference Line, and Defendants are directed to call: 646-453-4442, access code: 283198223.

3. The parties shall remain in their respective breakout room unless the Court directs them to return to the ATT Conference Line.

        The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Clark at the address below.

Dated:     New York, New York     SO ORDERED.
September 2, 2022

_____

**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:     James Clark
Book and Case No. 1411709283
Vernon C. Bain Center (VCBC)
1 Halleck Street
Bronx, New York 10474