UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CLARK,

          Plaintiff,

-v-

CYNTHIA BRANN, N.Y.C. Department of Corrections Commissioner; PATSY YANG, Health Director Commissioner; MARGARET EGAN, Board of Corr. Executive Director,

          Defendants.

CIVIL ACTION NO.: 20 Civ. 9419 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 7, 2022, the Court oversaw a settlement conference with the parties where a settlement in principle was reached. Accordingly, by **Thursday, October 20, 2022**, the parties shall file a stipulation of dismissal for review and endorsement by the Honorable Paul G. Gardephe.

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Clark at the address below.

Dated:    New York, New York
          October 11, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    James Clark
           Book and Case No. 1411709283
           Vernon C. Bain Center (VCBC)
           1 Halleck Street
           Bronx, New York 10474