> Defendants' letter-motion seeking an extension of time to file the stipulation of dismissal (the "Stipulation") (ECF No. 40) is GRANTED. By **Thursday, November 3, 2022**, the parties shall file the Stipulation for review and endorsement by the Honorable Paul G. Gardephe.
>
> The Clerk of Court is respectfully directed to (i) close ECF No. 40, and (ii) mail a copy of this order to Mr. Clark at the address below.
>
> SO ORDERED 10/19/22
>
> Mail To:   James Clark
>            Book and Case No. 1411709283
>            Vernon C. Bain Center (VCBC)
>            1 Halleck Street
>            Bronx, New York 10474
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**VIA ECF**
Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Clark v. Brann, et al.*, 20-CV-9419 (PGG) (SLC)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for Defendants former New York City Department of Correction Commissioner Cynthia Brann, Senior Vice President for Correctional Health Services Patricia Yang, and former New York City Board of Correction Executive Director Margaret Egan in the above-referenced action.

      I write to respectfully request a two-week extension of time, from October 20, 2022 until November 3, 2022, for the parties to file their Stipulation and Order of Settlement and Discontinuance.

      As background, at a settlement conference held before Your Honor on September 7, 2022, the parties reached a settlement in principle. By Order dated October 11, 2022 (ECF No. 39), the Court directed the parties to file a stipulation of dismissal by October 20, 2022. Today, I sent Plaintiff the settlement papers, including the Stipulation and Order of Settlement and Discontinuance, to execute. I apologize to the Court and to Plaintiff for my delay in sending the settlement papers due to an oversight on my part. The extension of time will enable Plaintiff to receive the settlement papers, review and execute them, and return the Stipulation to me for filing.

      Accordingly, Defendants respectfully request an extension of time, until November 3, 2022, for the parties to file their Stipulation and Order of Settlement and Discontinuance. Because Plaintiff is incarcerated and proceeding *pro se*, the instant request is made directly to the Court.

I thank the Court for its consideration of this request.

                Respectfully submitted,

                /s/
                Philip S. Frank
                Assistant Corporation Counsel

cc: Via First Class Mail
   James Clark
   Plaintiff *Pro Se*
   1411709283
   Vernon C. Bain Center
   1 Halleck St.
   Bronx, NY 10474