

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | PHILIP S. FRANK<br>Phone: (212) 356-0886<br>Fax: (212) 356-1148<br>Email: pfrank@law.nyc.gov<br>(**not for service**) |

**VIA ECF**
Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> By **Monday, November 14, 2022**, Plaintiff shall respond to Defendants' proposed stipulation.
>
> The Clerk of Court is respectfully directed to close ECF No. 42.
>
> SO ORDERED 11/04/22
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Clark v. Brann, et al.,* 20-CV-9419 (PGG) (SLC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for Defendants former New York City Department of Correction Commissioner Cynthia Brann, Senior Vice President for Correctional Health Services Patricia Yang, and former New York City Board of Correction Executive Director Margaret Egan in the above-referenced action.

I write to respectfully request that the Court issue an order, directing Plaintiff by a date certain to respond to Defendants' proposed Stipulation and Order of Settlement and Discontinuance (the "Stipulation"), which Defendants sent to Plaintiff on October 19, 2022.

By way of background, at a settlement conference held before Your Honor on September 7, 2022, the parties reached a settlement in principle. By Order dated October 19, 2022 (ECF No. 41), the Court directed the parties to file the Stipulation by today, November 3, 2022. By letter dated October 19, 2022, I sent to Plaintiff for execution the settlement papers, including the Stipulation. To date, however, I have not received from Plaintiff any response or correspondence regarding the Stipulation. As such, I will again forward a copy of the settlement papers to Plaintiff today.

Accordingly, Defendants respectfully request that the Court issue an order, directing Plaintiff by a date certain to respond to Defendants' proposed Stipulation.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Philip S. Frank
Assistant Corporation Counsel

cc: <u>Via First Class Mail</u>
James Clark
Plaintiff *Pro Se*
1411709283
Vernon C. Bain Center
1 Halleck St.
Bronx, NY 10474