UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES CLARK,

          Plaintiff,

-v-

CYNTHIA BRANN, N.Y.C. Department of Corrections Commissioner; PATSY YANG, Health Director Commissioner; MARGARET EGAN, Board of Corr. Executive Director,

          Defendants.

CIVIL ACTION NO.: 20 Civ. 9419 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **Monday, November 21, 2022**, Defendant shall file a letter advising (i) the Court whether Plaintiff responded to Defendants' proposed stipulation, or if Plaintiff failed to respond, (ii) a proposal for how to proceed in this action.

The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Clark at the address below.

Dated:     New York, New York
          November 15, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    James Clark
            Book and Case No. 1411709283
            Vernon C. Bain Center (VCBC)
            1 Halleck Street
            Bronx, New York 10474